.

CHARTISE TENNILLE GREENWOOD
301 LINDA BLVD
YAZOO CITY, MS 39194

MS SKIN & PSORIASIS
P.O. BOX 7020
SLIDELL, LA 70469

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119

AMERICAN HONDA FINANCE
ATTN: BANKRUPTCY
PO BOX 168008
IRVING, TX 75016

PERIOPERATIVE SERVICES
234 E. CAPITOL ST
JACKSON, MS 39201

BAPTIST MEMORIAL HOSP
P.O. BOX 745336
ATLANTA, GA 30384-5336

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

WELLS FARGO BANK
ATTN: BANKRUPTCY
1 HOME CAMPUS MAC
DES MOINES, IA 50328

COMENITY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS, OH 43218

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

HOPE FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 22886
JACKSON, MS 39225

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005