Certificate Number: 12433-MSS-DE-039568229

Bankruptcy Case Number: 25-00947



12433-MSS-DE-039568229

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2025, at 10:13 o'clock PM CDT, Chartise T. Greenwood completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: April 18, 2025

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher