# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Chartise Tennille Greenwood　　　　　　BANKRUPTCY NO. 25-00947-JAW

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, John S. Simpson of the law firm of Simpson Law Firm PA, hereby enters his appearance as attorney for Hope Federal Credit Union and requests that all documents, pleadings and mailings be sent to Simpson Law Firm PA.

Please add the following name and address to the list of creditors:

> John S. Simpson, MSB No. 8525
> Simpson Law Firm PA
> Attorney for Hope Federal Credit Union
> P.O. Box 2058
> Madison, MS  39130-2058
> (601) 957-6600
> jsimpson@simpsonlawfirm.net

Date:  May  13 , 2025.

　　　　　　　　　　　　　　　　　　　　　　　/s/ John S. Simpson
　　　　　　　　　　　　　　　　　　　　　　　John S. Simpson

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing documents were served upon the following:

Thomas Carl Rollins, Jr., MSB No. 103469　　Harold J. Barkley, Jr., Chapter 13 Trustee
Attorney for Debtor　　　　　　　　　　　　P.O. Box 4476
The Rollins Law Firm P.O. Box 13767　　　　Jackson, MS 39296
Jackson, MS 39236　　　　　　　　　　　　(601)362-6161
(601)500-5533　　　　　　　　　　　　　　jjones@hbarkley13.com
trollins@therollinsfirm.com

by electronic notice, on May  13 , 2025.

　　　　　　　　　　　　　　　　　　　　　　　/s/ John S. Simpson
　　　　　　　　　　　　　　　　　　　　　　　John S. Simpson