**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                              **CHAPTER 13 NO.:**

**CHARTISE TENNILLE GREENWOOD**                       **25 – 00947 – JAW**

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtor's Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. The Debtor filed a Chapter 13 Petition on April 11, 2025, and a 341(a) Meeting of Creditors was held on May 20, 2025.

2. Upon information and belief, this plan has not been filed in good faith.

3. That, Debtor lists a direct car payment in the amount of $733.84 on Schedule "J". According to testimony at Debtor's 341(a) Meeting of Creditors, said payment is for the 2024 Honda CRV which Debtor proposes to pay through her Plan. Debtor should be required to amend Schedule "J" to remove any payment of a debt already paid through her Plan and pay an increased amount to unsecured creditors or confirmation should be denied and this case dismissed.

4. The Trustee hereby objects to any amended plan filed hereafter.

5. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: May    21   , 2025

                                             Respectfully submitted,

                                             /s/Harold J. Barkley, Jr.
                                             HAROLD J. BARKLEY, JR. – MSB #2008
                                             CHAPTER 13 TRUSTEE
                                             POST OFFICE BOX 4476
                                             JACKSON, MS 39296-4476
                                             PHONE: 601/362-6161  FAX: 601/362-8826
                                             EMAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Chartise Tennille Greenwood
301 Linda Blvd.
Yazoo City, MS  39194

Dated:  May      21     , 2025

                                              /s/Harold J. Barkley, Jr.
                                              HAROLD J. BARKLEY, JR.