United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00947-JAW
Chartise Tennille Greenwood  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 2
Date Rcvd: Jul 03, 2025  Form ID: n031  Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chartise Tennille Greenwood, 301 Linda Blvd, Yazoo City, MS 39194-5139 |
| 5497103 | | Baptist Memorial Hosp, P.O. Box 745336, Atlanta, GA 30384-5336 |
| 5497109 | + | MS Skin & Psoriasis, P.O. Box 7020, Slidell, LA 70469-7020 |
| 5497111 | + | Perioperative Services, 234 E. Capitol St, Jackson, MS 39201-2418 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5497102 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 03 2025 19:20:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168008, Irving, TX 75016 |
| 5499009 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 03 2025 19:20:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5521150 | + | Email/Text: BNCnotices@dcmservices.com | Jul 03 2025 19:20:00 | Baptist Memorial Hospital, PO Box 1123, Minneapolis MN 55440-1123 |
| 5497104 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2025 19:24:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5497106 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2025 19:20:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5497105 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2025 19:20:00 | Comenity Bank, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5497107 | + | Email/Text: jfreeman@hopecu.org | Jul 03 2025 19:20:26 | Hope Federal Credit Union, 4 Old River Place, Ste A, Jackson MS 39202-3434 |
| 5510324 | ^ | MEBN | Jul 03 2025 19:17:00 | John S. Simpson, Esq., Simpson Law Firm PA, Counsel for Hope Federal Credit Union, P.O. Box 2058, Madison, MS 39130-2058 |
| 5497108 | | Email/Text: EBN@Mohela.com | Jul 03 2025 19:20:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5499452 | | Email/Text: EBN@Mohela.com | Jul 03 2025 19:20:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 5497110 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 03 2025 19:20:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5518312 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 03 2025 19:20:00 | Navy Federal Credit Union, Attn Bankruptcy, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5524188 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 03 2025 19:24:40 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5521034 | | Email/Text: bnc-quantum@quantum3group.com | Jul 03 2025 19:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: n031 | Total Noticed: 23 |

| 5521198 | | Email/Text: bnc-quantum@quantum3group.com | | |
| --- | --- | --- | --- | --- |
| | | | Jul 03 2025 19:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5522661 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 03 2025 19:24:27 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5497112 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 03 2025 19:24:27 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5497113 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Jul 03 2025 19:34:47 | Wells Fargo Bank, Attn: Bankruptcy, 1 Home Campus Mac, Des Moines, IA 50328-0001 |
| 5520521 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Jul 03 2025 19:34:47 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Hope Federal Credit Union |
| 5510325 | * | John S. Simpson, Esq., Simpson Law Firm PA, Counsel for Hope Federal Credit Union, P.O. Box 2058, Madison, MS 39130-2058 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| John S. Simpson | on behalf of Creditor Hope Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Chartise Tennille Greenwood trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00947−JAW
**Chapter:** 13

**In re:**

Chartise Tennille Greenwood
301 Linda Blvd
Yazoo City, MS 39194

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 3, 2025 (Dkt. # 23 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: July 3, 2025                                                           Danny L. Miller, Clerk of Court